Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Joseph Mauro
The Law Office of Joseph Mauro LLC
631 Montauk Highway, Suite 6
West Islip, NY 11795
Tel: 631-669-0921   Fax: 631-669-5071

FILED

2007 JUL 30 P 3:36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Helen Bunch and Brad Bunch

                    Plaintiff(s),

        v.

Diverse Funding Associates et al.

_____ Defendant(s). _____/

CASE NO. 07-3731 RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, JOSEPH M. MAURO, an active member in good standing of the bar of US District Court, Eastern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing HELEN BUNCH, BRAD BUNCH in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
RONALD WILCOX 2160 The Alameda First Floor Suite F
San Jose, CA 95126

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-21-07

Joseph M. Mauro, Esq.