

RECEIVED
2007 JUL 30 PM 3:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUL 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

Helen Bunch and Brad Bunch

                Plaintiff(s),
v.

Diverse Funding Associates, et al

                Defendant(s).

CASE NO. 07-3731

(Proposed) *RS*
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JOSEPH M. MAURO, an active member in good standing of the bar of U.S. District Court - Eastern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

631 Montauk Hwy. Ste. 6
West Islip, NY 11795

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing HELEN BUNCH and BRAD BUNCH

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7-31-07

                                            Richard Seeborg
                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California