1  Mark E. Ellis – 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendants Diverse Funding Associates, Jason J. Evans and Evans Law Association,
   P.C., and The Law Offices of Jason Evans, P.C.
6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  HELEN BUNCH and BRAD BUNCH            Case No.: 07-3731 RS

13              Plaintiff,                **ANSWER TO FIRST AMENDED
                                          COMPLAINT BY DEFENDANT
14      v.                                DIVERSE FUNDING ASSOCIATES**

15  DIVERSE FUNDING ASSOCIATES, , LLC,    **JURY DEMAND**
    JOSEPH ORTIZ & EPSTEIN, LLC, DELTA
16  GROUP, JOSEPH COLISIMO, WILLIAM "BILL"
    JOHNSON, JASON J. EVANS, EVANS LAW
17  ASSOCIATES, P.C., THE LAW OFFICE OF
    JASON J. EVANS, P.C., and FIRST CHOICE
18  ASSETS, LLC,

19              Defendants.

20

21          Defendant Diverse Funding Associates, LLC ("Diverse"), by way of its Answer to the First

22  Amended Complaint of plaintiffs Helen and Brad Bunch ("Bunch") says:

23                          I.    __INTRODUCTION__

24          1.    Diverse denies the allegations contained in paragraph 1 to the extent that they pertain to

25  Diverse.

26          2.    Diverse admits that Plaintiffs are bringing this consumer action pursuant to the

27  authorities referred to in paragraph 2, but denies that Plaintiffs have a basis for any action under any of

28  the authorities cited.

                                    - 1 -

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1      3.      Plaintiffs cite the Fair Debt Collection Practices Act in paragraph 3; said Act speaks for

2  itself and no response from Diverse is required.

3                **II.     JURISDICTION AND VENUE**

4      4.      Diverse denies that Plaintiffs have a basis for any action under any of the authorities

5  cited in paragraph 4, except it admits that the Court has jurisdiction over this action pursuant to 28

6  U.S.C. § 1331 to the extent that the Complaint purports to assert claims for violations of the Fair Debt

7  Collection Practices Act.

8                **III.    PARTIES**

9      5.      Diverse is without knowledge or information sufficient to form a belief as to the truth of

10  the allegations in paragraph 5.

11      6.      Diverse is without knowledge or information sufficient to form a belief as to the truth of

12  the allegations in paragraph 6.

13      7.      Diverse is without knowledge or information sufficient to form a belief as to the truth of

14  the allegations in paragraph 7.

15      8.      Diverse is without knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 8.

17      9.      Diverse denies the allegations contained in paragraph 9, but admits that it is a Limited

18  Liability Company and that it has an office at the address provided.

19      10.     Diverse denies the allegations contained in paragraph 10.

20      11.     Diverse denies the allegations contained in paragraph 11.

21      12.     The allegations contained in paragraph 12 state a legal conclusion to which no response

22  from Diverse is required.  To the extent that a response is required, Diverse denies the allegations

23  contained in paragraph 12.

24      13.     The allegations contained in paragraph 13 state a legal conclusion to which no response

25  from Diverse is required.  To the extent that a response is required, Diverse denies the allegations

26  contained in paragraph 13.

27      14.     The allegations contained in paragraph 14 are addressed to a defendant other than

28  Diverse, and no response from Diverse is required.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

15.     The allegations contained in paragraph 15 are addressed to a defendant other than Diverse, and no response from Diverse is required.

16.     Diverse denies the allegations contained in paragraph 16.

17.     The allegations contained in paragraph 17 are addressed to a defendant other than Diverse, and no response from Diverse is required.

18.     The allegations contained in paragraph 18 are addressed to a defendant other than Diverse, and no response from Diverse is required.

19.     The allegations contained in paragraph 19 are addressed to a defendant other than Diverse, and no response from Diverse is required.

20.     The allegations contained in paragraph 20 are addressed to a defendant other than Diverse, and no response from Diverse is required.

21.     The allegations contained in paragraph 21 are addressed to a defendant other than Diverse, and no response from Diverse is required.

22.     The allegations contained in paragraph 22 are addressed to a defendant other than Diverse, and no response from Diverse is required.

23.     The allegations contained in paragraph 23 are addressed to a defendant other than Diverse, and no response from Diverse is required.

24.     The allegations contained in paragraph 24 are addressed to a defendant other than Diverse, and no response from Diverse is required.

25.     The allegations contained in paragraph 25 are addressed to a defendant other than Diverse, and no response from Diverse is required.

26.     The allegations contained in paragraph 26 are addressed to a defendant other than Diverse, and no response from Diverse is required.

27.     The allegations contained in paragraph 27 are addressed to a defendant other than Diverse, and no response from Diverse is required.

28.     The allegations contained in paragraph 28 are addressed to a defendant other than Diverse, and no response from Diverse is required.

29.     The allegations contained in paragraph 29 are addressed to a defendant other than

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1    Diverse, and no response from Diverse is required.

2        30.    The allegations contained in paragraph 30 are addressed to a defendant other than

3    Diverse, and no response from Diverse is required.

4        31.    The allegations contained in paragraph 31 are addressed to a defendant other than

5    Diverse, and no response from Diverse is required.

6        32.    The allegations contained in paragraph 32 are addressed to a defendant other than

7    Diverse, and no response from Diverse is required.

8        33.    The allegations contained in paragraph 33 are addressed to a defendant other than

9    Diverse, and no response from Diverse is required.

10        34.    The allegations contained in paragraph 34 are addressed to a defendant other than

11    Diverse, and no response from Diverse is required.

12        35.    The allegations contained in paragraph 35 are addressed to a defendant other than

13    Diverse, and no response from Diverse is required.

14        36.    The allegations contained in paragraph 36 are addressed to a defendant other than

15    Diverse, and no response from Diverse is required.

16        37.    The allegations contained in paragraph 37 are addressed to a defendant other than

17    Diverse, and no response from Diverse is required.

18        38.    The allegations contained in paragraph 38 are addressed to a defendant other than

19    Diverse, and no response from Diverse is required.

20        39.    The allegations contained in paragraph 39 are addressed to a defendant other than

21    Diverse, and no response from Diverse is required.

22        40.    The allegations contained in paragraph 40 are addressed to a defendant other than

23    Diverse, and no response from Diverse is required.

24        41.    The allegations contained in paragraph 41 are addressed to a defendant other than

25    Diverse, and no response from Diverse is required.

26        42.    The allegations contained in paragraph 42 are addressed to a defendant other than

27    Diverse, and no response from Diverse is required.

28        43.    The allegations contained in paragraph 43 are addressed to a defendant other than

Diverse, and no response from Diverse is required.

44.    The allegations contained in paragraph 44 are addressed to a defendant other than Diverse, and no response from Diverse is required.

45.    The allegations contained in paragraph 45 are addressed to a defendant other than Diverse, and no response from Diverse is required.

46.    The allegations contained in paragraph 46 are addressed to a defendant other than Diverse, and no response from Diverse is required.

47.    The allegations contained in paragraph 47 are addressed to a defendant other than Diverse, and no response from Diverse is required.

48.    The allegations contained in paragraph 48 are addressed to a defendant other than Diverse, and no response from Diverse is required.

49.    The allegations contained in paragraph 49 are addressed to a defendant other than Diverse, and no response from Diverse is required.

50.    The allegations contained in paragraph 50 are addressed to a defendant other than Diverse, and no response from Diverse is required.

51.    The allegations contained in paragraph 51 are addressed to a defendant other than Diverse, and no response from Diverse is required.

52.    The allegations contained in paragraph 52 are addressed to a defendant other than Diverse, and no response from Diverse is required.

53.    The allegations contained in paragraph 53 are addressed to a defendant other than Diverse, and no response from Diverse is required.

54.    The allegations contained in paragraph 54 are addressed to a defendant other than Diverse, and no response from Diverse is required.

55.    The allegations contained in paragraph 55 are addressed to a defendant other than Diverse, and no response from Diverse is required.

56.    The allegations contained in paragraph 56 are addressed to a defendant other than Diverse, and no response from Diverse is required.

57.    The allegations contained in paragraph 57 are addressed to a defendant other than

1 Diverse, and no response from Diverse is required.

2     58.     Diverse denies the allegations contained in paragraph 58.

3     **IV.     FACTUAL ALLEGATIONS**

4     59.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

5 the allegations in paragraph 59.

6     60.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

7 the allegations in paragraph 60.

8     61.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

9 the allegations in paragraph 61.

10     62.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

11 the allegations in paragraph 62.

12     63.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

13 the allegations in paragraph 63.

14     64.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

15 the allegations in paragraph 64.

16     65.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

17 the allegations in paragraph 65.

18     66.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

19 the allegations in paragraph 66.

20     67.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

21 the allegations in paragraph 67.

22     68.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

23 the allegations in paragraph 68.

24     69.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

25 the allegations in paragraph 69.

26     70.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

27 the allegations in paragraph 70.

28     71.     Diverse is without knowledge or information sufficient to form a belief as to the truth of

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1    the allegations in paragraph 71.

2        72.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

3    the allegations in paragraph 72.

4        73.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

5    the allegations in paragraph 73.

6        74.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

7    the allegations in paragraph 74.

8        75.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

9    the allegations in paragraph 75.

10       76.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

11   the allegations in paragraph 76.

12       77.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

13   the allegations in paragraph 77.

14       78.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

15   the allegations in paragraph 78.

16       79.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

17   the allegations in paragraph 79.

18       80.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

19   the allegations in paragraph 80.

20       81.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

21   the allegations in paragraph 81.

22       82.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

23   the allegations in paragraph 82.

24       83.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

25   the allegations in paragraph 83.

26       84.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

27   the allegations in paragraph 84.

28       85.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1   the allegations in paragraph 85.

2         86.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

3   the allegations in paragraph 86.

4         87.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

5   the allegations in paragraph 87.

6         88.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

7   the allegations in paragraph 88.

8         89.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

9   the allegations in paragraph 89.

10         90.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

11   the allegations in paragraph 90.

12         91.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

13   the allegations in paragraph 91.

14         92.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

15   the allegations in paragraph 92.

16         93.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

17   the allegations in paragraph 93.

18         94.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

19   the allegations in paragraph 94.

20         95.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

21   the allegations in paragraph 95.

22         96.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

23   the allegations in paragraph 96.

24         97.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

25   the allegations in paragraph 97.

26         98.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

27   the allegations in paragraph 98.

28         99.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES

1  the allegations in paragraph 99.

2      100.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
3  the allegations in paragraph 100.

4      101.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
5  the allegations in paragraph 101.

6      102.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
7  the allegations in paragraph 102.

8      103.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
9  the allegations in paragraph 103.

10     104.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
11 the allegations in paragraph 104.

12     105.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
13 the allegations in paragraph 105.

14     106.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
15 the allegations in paragraph 106.

16     107.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
17 the allegations in paragraph 107.

18     108.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
19 the allegations in paragraph 108.

20     109.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
21 the allegations in paragraph 109.

22     110.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
23 the allegations in paragraph 110.

24     111.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
25 the allegations in paragraph 111.

26     112.    Diverse is without knowledge or information sufficient to form a belief as to the truth of
27 the allegations in paragraph 112.

28     113.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1  the allegations in paragraph 113.

2      114.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

3  the allegations in paragraph 114.

4      115.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

5  the allegations in paragraph 115.

6      116.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

7  the allegations in paragraph 116.

8      117.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

9  the allegations in paragraph 117.

10     118.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

11  the allegations in paragraph 118.

12     119.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

13  the allegations in paragraph 119.

14     120.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

15  the allegations in paragraph 120.

16     121.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

17  the allegations in paragraph 121.

18     122.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

19  the allegations in paragraph 122.

20     123.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

21  the allegations in paragraph 123.

22     124.    Diverse denies the allegations to the extent that they pertain to Diverse, and to the

23  extent that they are directed to defendants other than Diverse, no response from Diverse is required.

24     125.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

25  the allegations in paragraph 125.

26     126.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

27  the allegations in paragraph 126.

28     127.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1  the allegations in paragraph 127.

2      128.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

3  the allegations in paragraph 128.

4      129.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

5  the allegations in paragraph 129.

6      130.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

7  the allegations in paragraph 130.

8      131.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

9  the allegations in paragraph 131.

10     132.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

11  the allegations in paragraph 132.

12     133.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

13  the allegations in paragraph 133.

14     134.    Diverse is without knowledge or information sufficient to form a belief as to the truth of

15  the allegations in paragraph 134.

16     135.    Diverse denies the allegation that it received any money from Plaintiff, and to the extent

17  that the allegations are directed to defendants other than Diverse, no response from Diverse is required.

18     136.    Diverse admits that it sent a Form 1099 to Defendants in or about January 2007, but

19  denies all of the remaining allegations contained in paragraph 136.

20     137.    Diverse admits the allegations contained in paragraph 137.

21     138.    Diverse denies the allegations contained in paragraph 138, except admit that Diverse

22  sent the Form 1099 in question, and that said Form speaks for itself.

23     139.    Diverse denies the allegations contained in paragraph 139.

24     140.    Diverse denies the allegations contained in paragraph 140 except admits that Diverse

25  sent the Form 1099 in question, and that said Form speaks for itself.

26     141.    Diverse denies the allegations contained in paragraph 141 except admits that Diverse

27  sent the Form 1099 in question, and that said Form speaks for itself.

28     142.    Diverse denies the allegations contained in paragraph 142 except admits that Diverse

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1  sent the Form 1099 in question, and that said Form speaks for itself.

2      143.    Diverse denies the allegations contained in paragraph 143.

3      144.    Diverse denies the allegations contained in paragraph 144.

4      145.    Diverse denies the allegations contained in paragraph 145.

5      146.    Diverse denies the allegations contained in paragraph 146 to the extent that they pertain
6  to Diverse.

7      147.    Diverse denies the allegations contained in paragraph 147 to the extent that they pertain
8  to Diverse.

9      148.    Diverse denies the allegations contained in paragraph 148 to the extent that they pertain
10  to Diverse.

11      149.    Diverse denies the allegations contained in paragraph 149 to the extent that they pertain
12  to Diverse.

13      150.    Diverse denies the allegations contained in paragraph 150 to the extent that they pertain
14  to Diverse.

15      151.    Diverse denies the allegations contained in paragraph 151 to the extent that they pertain
16  to Diverse.

17              **V.    FIRST CAUSE OF ACTION – FDCPA**

18      152.    Diverse repeats and realleges its responses to the previous allegations as if set forth at
19  length herein.

20      153.    Diverse denies the allegations contained in paragraph 153 to the extent that they pertain
21  to Diverse.

22      154.    Diverse denies the allegations contained in paragraph 154 to the extent that they pertain
23  to Diverse.

24          **VI.    SECOND CAUSE OF ACTION – ROSENTHAL FDCPA**

25      155.    Diverse repeats and realleges its responses to the previous allegations as if set forth at
26  length herein.

27      156.    Diverse denies the allegations contained in paragraph 156 to the extent that they pertain
28  to Diverse.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

157. Diverse denies the allegations contained in paragraph 157 to the extent that they pertain to Diverse.

## VII.    THIRD CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

158. Diverse repeats and realleges its responses to the previous allegations as if set forth at length herein.

159. Diverse denies the allegations contained in paragraph 159 to the extent that they pertain to Diverse.

160. Diverse denies the allegations contained in paragraph 160 to the extent that they pertain to Diverse.

161. Diverse denies the allegations contained in paragraph 161 to the extent that they pertain to Diverse.

162. Diverse denies the allegations contained in paragraph 162 to the extent that they pertain to Diverse.

163. Diverse denies the allegations contained in paragraph 163 to the extent that they pertain to Diverse.

164. Diverse denies the allegations contained in paragraph 164 to the extent that they pertain to Diverse.

165. Diverse denies the allegations contained in paragraph 165 to the extent that they pertain to Diverse.

166. Diverse denies the allegations contained in paragraph 166 to the extent that they pertain to Diverse.

## VIII.    FOURTH CAUSE OF ACTION – INVASION OF PRIVACY

167. Diverse repeats and realleges its responses for the previous allegations as if set forth at length herein.

168. Diverse denies the allegations contained in paragraph 168 to the extent that they pertain to Diverse.

ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES

1   169.   Diverse denies the allegations contained in paragraph 169 to the extent that they pertain
2   to Diverse.

3   170.   Diverse denies the allegations contained in paragraph 170 to the extent that they pertain
4   to Diverse.

5   171.   Diverse denies the allegations contained in paragraph 171 to the extent that they pertain
6   to Diverse.

7   172.   Diverse denies the allegations contained in paragraph 172 to the extent that they pertain
8   to Diverse.

9   173.   Diverse denies the allegations contained in paragraph 173 to the extent that they pertain
10  to Diverse.

11              IX.    **FIFTH CAUSE OF ACTION  - FRAUD**

12  174.   Diverse repeats and realleges its responses to the previous allegations as if set forth at
13  length herein.

14  175.   Diverse denies the allegations contained in paragraph 175 to the extent that they pertain
15  to Diverse.

16  176.   Diverse denies the allegations contained in paragraph 176 to the extent that they pertain
17  to Diverse.

18  177.   Diverse denies the allegations contained in paragraph 177 to the extent that they pertain
19  to Diverse.

20  178.   Diverse denies the allegations contained in paragraph 178 to the extent that they pertain
21  to Diverse.

22  179.   Diverse denies the allegations contained in paragraph 179 to the extent that they pertain
23  to Diverse.

24  180.   Diverse denies the allegations contained in paragraph 180 to the extent that they pertain
25  to Diverse.

26  181.   Diverse denies the allegations contained in paragraph 181 to the extent that they pertain
27  to Diverse.

28

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1     182.   Diverse denies the allegations contained in paragraph 182 to the extent that they pertain

2  to Diverse.

3               **X.**     **SIXTH CAUSE OF ACTION – CONVERSION**

4     183.   Diverse repeats and realleges its responses to the previous allegations as if set forth at

5  length herein.

6     184.   Diverse denies the allegations contained in paragraph 184 to the extent that they pertain

7  to Diverse.

8     185.   Diverse denies the allegations contained in paragraph 185 to the extent that they pertain

9  to Diverse.

10     186.   Diverse denies the allegations contained in paragraph 186 to the extent that they pertain

11  to Diverse.

12     187.   Diverse denies the allegations contained in paragraph 187 to the extent that they pertain

13  to Diverse.

14     188.   Diverse denies the allegations contained in paragraph 188 to the extent that they pertain

15  to Diverse.

16     **XI.**    **SEVENTH CAUSE OF ACTION – UNJUST ENRICHMENT**

17     189.   Diverse repeats and realleges its responses to the previous allegations as if set forth at

18  length herein.

19     190.   Diverse denies the allegations contained in paragraph 190 to the extent that they pertain

20  to Diverse.

21     191.   Diverse denies the allegations contained in paragraph 191 to the extent that they pertain

22  to Diverse.

23     **XII.**    **EIGHTH CAUSE OF ACTION – LIBEL**

24     192.   Diverse repeats and realleges its responses to the previous allegations as if set forth at

25  length herein.

26     193.   Diverse denies the allegations contained in paragraph 193 to the extent that they pertain

27  to Diverse.

28

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1       194.    Diverse denies the allegations contained in paragraph 194 to the extent that they pertain

2 to Diverse.

3       195.    Diverse denies the allegations contained in paragraph 195 to the extent that they pertain

4 to Diverse.

5              **XIII.   NINTH CAUSE OF ACTION – TORT IN SE**

6       196.    Diverse repeats and realleges its responses to the previous allegations as if set forth at

7 length herein.

8       197.    Diverse denies the allegations contained in paragraph 197 to the extent that they pertain

9 to Diverse.

10      198.    Diverse denies the allegations contained in paragraph 198 to the extent that they pertain

11 to Diverse.

12      199.    Diverse denies the allegations contained in paragraph 199 to the extent that they pertain

13 to Diverse.

14      200.    Diverse denies the allegations contained in paragraph 200 to the extent that they pertain

15 to Diverse.

16      201.    Diverse denies the allegations contained in paragraph 201 to the extent that they pertain

17 to Diverse.

18              **XIV.   TENTH CAUSE OF ACTION – NEGLIGENT HIRING,**
                           **RETENTION, SUPERVISION, TRAINING**

19

20      202.    Diverse repeats and realleges its response to the previous allegations as if set forth at

21 length herein.

22      203.    Diverse denies the allegations contained in paragraph 203 to the extent that they pertain

23 to Diverse.

24      204.    Diverse denies the allegations contained in paragraph 204 to the extent that they pertain

25 to Diverse.

26      205.    Diverse denies the allegations contained in paragraph 205 to the extent that they pertain

27 to Diverse.

28

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1        **XV.    ELEVENTH CAUSE OF ACTION – CRIMINAL CONDUCT**

2        206.    Diverse repeats and realleges its responses to the previous allegations as if set forth at

3    length herein.

4        207.    Diverse denies the allegations contained in paragraph 207 to the extent that they pertain

5    to Diverse.

6        208.    Diverse denies the allegations contained in paragraph 208 to the extent that they pertain

7    to Diverse.

8        209.    Diverse denies the allegations contained in paragraph 209 to the extent that they pertain

9    to Diverse.

10                        **AFFIRMATIVE DEFENSES**

11                        **FIRST AFFIRMATIVE DEFENSE**

12       210.    The Complaint fails to state any claim upon which relief can be granted.

13                        **SECOND AFFIRMATIVE DEFENSE**

14       211.    The Complaint is barred, in whole or in part, by Plaintiffs' failure to mitigate their

15   damages, if any.

16                        **THIRD AFFIRMATIVE DEFENSE**

17       212.    The Complaint is barred, in whole or in part, as a result of Plaintiffs' unclean hands.

18                        **FOURTH AFFIRMATIVE DEFENSE**

19       213.    The Complaint is barred, in whole or in part, by the doctrines of waiver and estoppel.

20                        **FIFTH AFFIRMATIVE DEFENSE**

21       214.    The information provided on the Form 1099 was true or substantially true.

22                        **SIXTH AFFIRMATIVE DEFENSE**

23       215.    Defendant alleges that the Complaint, and each cause of action therein, is barred by the

24   applicable statute of limitations, including but not limited to 15 U.S.C. § 1692k(d) (FDCPA), Cal. Civ.

25   Code. § 1788.20(f) (Rosenthal FDCPA)..

26                        **SEVENTH AFFIRMATIVE DEFENSE**

27       216.    Defendant alleges that Plaintiffs themselves were negligent, careless, and/or committed

28   intentional acts, in and about the matters alleged in the Complaint, and said negligence, carelessness

- 17 -

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1    and/or intentional acts caused and/or contributed to their injuries and/or damages.

2    **EIGHTH AFFIRMATIVE DEFENSE**

3    217.    Defendant alleges that other persons and parties were careless and/or negligent, and/or

4    committed intentional acts, and that this carelessness, negligence, or these intentional acts proximately

5    contributed to the happening of the incidents referred to in the Complaint, and to the extent said

6    negligence, carelessness and/or intentional acts caused and/or contributed to injuries and/or damages,

7    then the damages alleged against this Defendant should be reduced or eliminated.

8    **NINTH AFFIRMATIVE DEFENSE**

9    218.    Defendant alleges that Plaintiffs failed and neglected to use reasonable care to protect

10   themselves and to minimize and/or mitigate the losses and/or damages asserted in the complaint.

11   **TENTH AFFIRMATIVE DEFENSE**

12   219.    Defendant alleges that all of their actions were taken in good faith and with a reasonable

13   belief that such actions were legal, appropriate and necessary.

14   **ELEVENTH AFFIRMATIVE DEFENSE**

15   220.    Defendant alleges that it has no civil liability under the FDCPA, 15 U.S.C. § 1692, *et*

16   *seq.*, or Rosenthal FDCPA, pursuant to 15 U.S.C. § 1692k(c) and California Civil Code § 1788.30(e)

17   as any violation was unintentional and resulted from the maintenance of procedures reasonably

18   adopted to avoid any such violation.

19   **TWELFTH AFFIRMATIVE DEFENSE**

20   221.    Defendant alleges that Plaintiffs' Complaint, and each and every cause of action therein,

21   is barred by the privilege embodied either in California Civil Code § 47(c), or arising under federal and

22   state common law.

23   **THIRTEENTH AFFIRMATIVE DEFENSE**

24   222.    Defendant alleges that the representations or statements made by Defendant were true,

25   accurate at the time made, and/or otherwise were made in good faith and with a reasonable belief as to

26   their truth, validity and accuracy.

27   **FOURTEENTH AFFIRMATIVE DEFENSE**

28   223.    Defendant alleges that it acted lawfully and intended to take any and all action

- 18 -

1  contemplated, as represented to Plaintiffs, whether expressly allowed by contract or permitted by law.

2  ### FIFTEENTH AFFIRMATIVE DEFENSE

3  224.    Defendant alleges that any acts of this Defendant were performed in good faith in

4  conformity with advisory opinions of the Federal Trade Commission pursuant to 15 U.S.C. § 1692k(e).

5  ### SIXTEENTH AFFIRMATIVE DEFENSE

6  225.    Defendant hereby allege the following affirmative defenses, including, but not limited

7  to, those set forth in **Federal Rule of Civil Procedure 8(c)**, so as not to waive them at this time:

8  assumption of risk, contributory negligence, setoff, duress, failure of consideration, fraud, illegality,

9  license, failure to join an indispensable party, and abatement.

10 ### SEVENTEENTH AFFIRMATIVE DEFENSE

11 226.    Defendant alleges that with respect to Plaintiffs' alleged claim for punitive damages, the

12 decisions of law allowing recovery of punitive damages, if applied in this case, would contravene the

13 Defendant's constitutional rights to substantive and procedural due process of law as preserved for this

14 Defendant by the Fourteenth Amendment of the United States Constitution, and further would

15 constitute a denial by this Court of this Defendant's constitutional right to equal protection under the

16 law as provided by the Fourteenth Amendment; and further would constitute cruel and unusual

17 punishment, as well as an excessive fine as proscribed by the Eighth Amendment; and further would

18 constitute a taking of private property for public use without just compensation, and such taking would

19 contravene this Defendant's constitutional rights preserved by the Fourteenth Amendment.

20 **WHEREFORE**, Defendant prays for:

21 1.    That Plaintiffs take nothing from Defendant by this Complaint;

22 2.    That Defendant be awarded judgment in this action;

23 3.    For attorney's fees incurred herein, pursuant to statute;

24 ////

25 ////

26 ////

27 ////

28 ////

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1       4.     For costs of suit incurred herein; and

2       5.     For such other and further relief as the Court deems proper.

3  Dated:  September 28, 2007          ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By /s June D. Coleman
   JUNE D. COLEMAN
   Attorneys for Defendants
   Diverse Funding Associates; Jason J. Evans; Evans
   Law Association, P.C.; and The Law Offices of Jason
   Evans, P.C.

- 20 -

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**

1

**DEMAND FOR JURY TRIAL**

2          Defendants DIVERSE FUNDING ASSOCIATES, hereby demands a jury trial in this matter.

3     Dated:  September 28, 2007              ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                             STEINHEIMER LLP
4

5
                                   By /s June D. Coleman
6                                     JUNE D. COLEMAN
                                      Attorneys for Defendants
7                                     Diverse Funding Associates; Jason J. Evans; Evans
                                      Law Association, P.C.; and The Law Offices of Jason
8                                     Evans, P.C.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DIVERSE FUNDING ASSOCIATES**