1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants DIVERSE FUNDING ASSOCIATES, LLC, JASON EVANS, EVANS
6  LAW ASSOCIATES, P.C., FIRST CHOICE ASSETS LLC, DELTA GROUP, JOSEPH COLOSIMO
   AND JOSEPH ORTIZ & EPSTEIN LLC
7

8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13

14  HELEN BUNCH and BRAD BUNCH,              Case No.:  07-3731 RS

15          PLAINTIFFS,                      **DEFENDANT JOSEPH ORTIZ & EPSTEIN
                                             LLC'S ANSWER TO PLAINTIFF'S FIRST
16  v.                                       AMENDED COMPLAINT; AND DEMAND
                                             FOR JURY TRIAL**
17  DIVERSE FUNDING ASSOCIATES, LLC, et
    al.,
18
            DEFENDANTS.
19

20

21      Defendant Joseph Ortiz & Epstein LLC, by way of its Answer to the First Amended Complaint of

22  plaintiffs Helen and Brad Bunch ("Bunch") says:

23                        I.    **INTRODUCTION**

24      1.      Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 1 to the

25  extent that they pertain to Joseph Ortiz & Epstein LLC.

26      2.      Joseph Ortiz & Epstein LLC admits that Plaintiffs are bringing this consumer action

27  pursuant to the authorities referred to in paragraph 2, but denies that Plaintiffs have a basis for any

28  action under any of the authorities cited.

-1-
_____

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

3.      Plaintiffs cite the Fair Debt Collection Practices Act in paragraph 3; said Act speaks for itself and no response from Joseph Ortiz & Epstein LLC is required.

## II.      JURISDICTION AND VENUE

4.      Joseph Ortiz & Epstein LLC denies that Plaintiffs have a basis for any action under any of the authorities cited in paragraph 4, except it admits that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 to the extent that the Complaint purports to assert claims for violations of the Fair Debt Collection Practices Act.

## III.      PARTIES

5.      Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6.      Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7.      Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8.      Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9.      The allegations contained in paragraph 9 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

10.      The allegations contained in paragraph 10 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

11.      The allegations contained in paragraph 11 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

12.      The allegations contained in paragraph 12 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

13.      The allegations contained in paragraph 13 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

14.      The allegations contained in paragraph 14 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

15.     The allegations contained in paragraph 15 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

16.     The allegations contained in paragraph 16 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

17.     The allegations contained in paragraph 17 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

18.     The allegations contained in paragraph 18 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

19.     The allegations contained in paragraph 19 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

20.     The allegations contained in paragraph 20 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

21.     The allegations contained in paragraph 21 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

22.     The allegations contained in paragraph 22 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

23.     The allegations contained in paragraph 23 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

24.     The allegations contained in paragraph 24 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

25.     The allegations contained in paragraph 25 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

26.     The allegations contained in paragraph 26 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

27.     The allegations contained in paragraph 27 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

28.     The allegations contained in paragraph 28 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL

29.    The allegations contained in paragraph 29 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

30.    The allegations contained in paragraph 30 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

31.    The allegations contained in paragraph 31 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

32.    The allegations contained in paragraph 32 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

33.    Joseph Ortiz & Epstein LLC deny  the allegations contained in paragraph 33, except admits that it is a limited liability company with a place of business at the address provided, and that a portion of its business is devoted to debt collection.

34.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 34.

35.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 35, but admit that it sometimes engages in debt collection in California.

36.    The allegations contained in paragraph 36 state a legal conclusion as to whether the debt at issue was a "consumer debt," and no response from Joseph Ortiz & Epstein LLC is required.  To the extent that a response is required, Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 36.

37.    The allegations contained in paragraph 37 state a legal conclusion as to whether the debt at issue was a "consumer debt," and no response from Joseph Ortiz & Epstein LLC is required.  To the extent that a response is required, Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 37.

38.    The allegations contained in paragraph 38 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

39.    The allegations contained in paragraph 39 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

40.    The allegations contained in paragraph 40 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

- 4 -

41.     The allegations contained in paragraph 41 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

42.     The allegations contained in paragraph 42 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

43.     The allegations contained in paragraph 43 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

44.     The allegations contained in paragraph 44 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

45.     The allegations contained in paragraph 45 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

46.     The allegations contained in paragraph 46 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

47.     The allegations contained in paragraph 47 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

48.     The allegations contained in paragraph 48 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

49.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 49, but admits that defendant Colosimo is a principal of Joseph Ortiz & Epstein LLC, Delta Group and First Choice.

50.     The allegations contained in paragraph 50 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

51.     The allegations contained in paragraph 51 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

52.     The allegations contained in paragraph 52 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

53.     Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53, except admits that the person referred to as William "Bill" Johnson is a natural person.

- 5 -

54.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 54, except admits that a person referred to as William "Bill" Johnson is a former employee of Joseph Ortiz & Epstein LLC and Delta Group.

55.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55.

56.    The allegations contained in paragraph 56 state a legal conclusion as to whether the debt at issue was a "consumer debt," and no response from Joseph Ortiz & Epstein LLC is required.  To the extent that a response is required, Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 56.

57.    The allegations contained in paragraph 57 state a legal conclusion as to whether the debt at issue was a "consumer debt," and no response from Joseph Ortiz & Epstein LLC is required.  To the extent that a response is required, Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 57.

58.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 58.

### IV.    FACTUAL ALLEGATIONS

59.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 59.

60.    Joseph Ortiz & Epstein LLC denies that the allegations contained in paragraph 60.

61.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 61.

62.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 62, except admits that the telephone number provided is one of several telephone numbers used by defendants Joseph Ortiz & Epstein LLC and Delta Group.

63.    The allegations contained in paragraph 63 state a legal conclusion as to whether the debt at issue was a "consumer debt, and no response from Joseph Ortiz & Epstein LLC is required.  To the extent that a response is required, Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 63, except admits that any call made by Johnson to Plaintiff was concerning a debt owed by Plaintiffs.

64.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64.

65.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 65, to the extent that they state that an "alarming phone call and threat of arrest" was made to Plaintiff by defendants Joseph Ortiz & Epstein LLC, Delta Group or First Choice Assets LLC.

66.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 66.

67.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 67.

68.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68.

69.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 69.

70.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 70.

71.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 71.

72.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 72, except admits that Johnson discussed Plaintiff's credit card debt with Mrs. Bunch.

73.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 73.

74.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 74.

75.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 75.

76.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 76.

77.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 77.

78.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 78.

79.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 79.

80.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 80, except it is without knowledge or information sufficient to form a belief as to the truth of the allegation that Mrs. Bunch "did not remember making the charges."

81.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 81.

82.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 82.

83.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 83.

84.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 84.

85.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 85.

86.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 86.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL

87.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 87.

88.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 88.

89.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 89.

90.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 90.

91.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 91.

92.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 91, except admits that certain monies were wired to defendant First Choice Assets LLC.

93.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 93, except admits that Plaintiffs wired monies to First Choice Assets LLC in the amount of $6535.94, and is without knowledge or information sufficient to form a belief as to the truth of the allegation that Mrs. Bunch "stayed at Walmart for about a half an hour."

94.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 94, except is without knowledge or information sufficient to form a belief as to the truth of the allegation that Mrs. Bunch had a dentist appointment, was in pain, and had to have a tooth removed.

95     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 95, but is without knowledge or information sufficient to form a belief as to the truth of the allegation that Mrs. Bunch was "finally able to reach her husband who had been out of the country on business."

96.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 96.

97.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 97, but is without knowledge or information sufficient to form a belief as to the truth of the allegations that Mrs. Bunch "went back to Walmart in an effort to stop the Moneygram transfer to First Choice Assets, but it was too late."

98.     Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 98.

99.     Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99.

100.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

1    101.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 101, except

2    is  without knowledge or information sufficient to form a belief as to the truth of the allegations that

3    Mr. Bunch called Mr. Johnson from overseas.

4    102.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 102.

5    103.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 103.

6    104.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 104.

7    105.   Joseph Ortiz & Epstein LLC admits that Mr. Johnson agreed to send documents to

8    Plaintiffs to verify the debt owed, but is without knowledge or formation sufficient to form a belief as

9    to the truth of the remainder of the allegations in paragraph 105.

10    106.   Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

11    belief as to the truth of the allegations in paragraph 106.

12    107.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 107.

13    108.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 108, but is

14    without knowledge or information sufficient to form a belief as to the truth of the allegation that Mr.

15    Bunch "attempted to contact government authorities."

16    109.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 109, but is

17    without knowledge or information sufficient to form a belief as to the truth of the allegation contained

18    Mr. Bunch called the Amherst New York Police Department at 4 a.m.

19    110.   Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

20    belief as to the truth of the allegations in paragraph 110.

21    111.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 111, except

22    is without knowledge or information sufficient to form a belief as to the truth of the allegation that Mr.

23    Bunch contacted Visa International and Chase Visa.

24    112.   Joseph Ortiz & Epstein LLC admits that Mr. Bunch called Joseph Ortiz & Epstein LLC

25    on September 1, 2006, but denies that he demanded his money back, and is without knowledge or

26    information sufficient to form a belief as to the truth of the allegation that Mr. Bunch called Joseph

27    Ortiz & Epstein LLC from overseas.

28

- 9 -

1    113.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
2    belief as to the truth of the allegations in paragraph 113.
3    114.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
4    belief as to the truth of the allegations in paragraph 114.
5    115.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 115.
6    116.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
7    belief as to the truth of the allegations in paragraph 116.
8    117.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
9    belief as to the truth of the allegations in paragraph 117, except denies that there is an "affiliation"
10    between defendant Johnson and defendants Evans Law Associates and The Law Office of Jason J.
11    Evans.
12    118.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
13    belief as to the truth of the allegations in paragraph 118.
14    119.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
15    belief as to the truth of the allegations in paragraph 119.
16    120.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
17    belief as to the truth of the allegations in paragraph 120.
18    121.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
19    belief as to the truth of the allegations in paragraph 121.
20    122.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a
21    belief as to the truth of the allegations in paragraph 122, but denies that Evans Law Associates, PC
22    "helps" Delta Group collect money.
23    123.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 123.
24    124.    Joseph Ortiz & Epstein LLC denies the allegations to the extent that they pertain to
25    Joseph Ortiz & Epstein LLC, and to the extent that they are directed to defendants other than Joseph
26    Ortiz & Epstein LLC, no response from Joseph Ortiz & Epstein LLC is required.
27    125.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 125.
28    126.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 126.

- 10 -

1     127.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 127.

2     128.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 128.

3     129.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 129.

4     130.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 130.

5     131.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 131.

6     132.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 132.

7     133.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 133.

8     134.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 134.

9     135.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 135, except

10 admit that defendant Joseph Ortiz & Epstein LLC did not return monies to Plaintiffs, however it denies

11 that it is legally obligated to do so.

12     136.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

13 belief as to the truth of the allegations in paragraph 136.

14     137.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

15 belief as to the truth of the allegations in paragraph 137.

16     138.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

17 belief as to the truth of the allegations in paragraph 138.

18     139.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

19 belief as to the truth of the allegations in paragraph 139.

20     140.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

21 belief as to the truth of the allegations in paragraph 140.

22     141.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

23 belief as to the truth of the allegations in paragraph 141.

24     142.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

25 belief as to the truth of the allegations in paragraph 142.

26     143.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

27 belief as to the truth of the allegations in paragraph 143.

28

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL

1      144.    The allegations contained in paragraph 26 are addressed to a defendant other than

2   Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

3      145.    Joseph Ortiz & Epstein LLC is without knowledge or information sufficient to form a

4   belief as to the truth of the allegations in paragraph 145.

5      146.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 146 to the

6   extent that they pertain to Joseph Ortiz & Epstein LLC.

7      147.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 147 to the

8   extent that they pertain to Joseph Ortiz & Epstein LLC.

9      148.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 148 to the

10  extent that they pertain to Joseph Ortiz & Epstein LLC.

11     149.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 149 to the

12  extent that they pertain to Joseph Ortiz & Epstein LLC.

13     150.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 150 to the

14  extent that they pertain to Joseph Ortiz & Epstein LLC.

15     151.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 151 to the

16  extent that they pertain to Joseph Ortiz & Epstein LLC.

17                      **V.    FIRST CAUSE OF ACTION – FDCPA**

18     152.    Joseph Ortiz & Epstein LLC repeats and realleges his responses to the previous

19  allegations as if set forth at length herein.

20     153.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 153 to the

21  extent that they pertain to Joseph Ortiz & Epstein LLC.

22     154.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 154 to the

23  extent that they pertain to Joseph Ortiz & Epstein LLC.

24                   **VI.    SECOND CAUSE OF ACTION – ROSENTHAL FDCPA**

25     155.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous

26  allegations as if set forth at length herein.

27     156.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 156 to the

28  extent that they pertain to Joseph Ortiz & Epstein LLC.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

157.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 157 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## VII.   THIRD CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

158.   Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

159.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 159 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

160.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 160 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

161.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 161 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

162.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 162 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

163.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 163 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

164.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 164 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

165.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 165 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

166.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 166 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## VIII.   FOURTH CAUSE OF ACTION – INVASION OF PRIVACY

167.   Joseph Ortiz & Epstein LLC repeats and realleges its responses for the previous allegations as if set forth at length herein.

168.   Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 168 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL

169.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 169 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

170.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 170 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

171.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 171 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

172.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 172 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

173.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 173 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## IX.    FIFTH CAUSE OF ACTION  - FRAUD

174.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

175.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 175 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

176.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 176 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

177.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 177 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

178.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 178 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

179.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 179 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

180.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 180 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

181.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 181 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL

182.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 182 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## X.    SIXTH CAUSE OF ACTION – CONVERSION

183.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

184.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 184 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

185.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 185 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

186.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 186 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

187.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 187 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

188.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 188 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## XI.    SEVENTH CAUSE OF ACTION – UNJUST ENRICHMENT

189.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

190.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 190 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

191.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 191 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

## XII.    EIGHTH CAUSE OF ACTION – LIBEL

192.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

193.    The allegations contained in paragraph 17 are addressed to a defendant other than Joseph Ortiz & Epstein LLC, and no response from Joseph Ortiz & Epstein LLC is required.

1    194.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 194 to the

2  extent that they pertain to Joseph Ortiz & Epstein LLC.

3    195.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 195 to the

4  extent that they pertain to Joseph Ortiz & Epstein LLC.

5                    **XIII.    NINTH CAUSE OF ACTION – TORT IN SE**

6    196.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous

7  allegations as if set forth at length herein.

8    197.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 197 to the

9  extent that they pertain to Joseph Ortiz & Epstein LLC.

10    198.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 198 to the

11  extent that they pertain to Joseph Ortiz & Epstein LLC.

12    199.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 199 to the

13  extent that they pertain to Joseph Ortiz & Epstein LLC.

14    200.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 200 to the

15  extent that they pertain to Joseph Ortiz & Epstein LLC.

16    201.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 201 to the

17  extent that they pertain to Joseph Ortiz & Epstein LLC.

18           **XIV.    TENTH CAUSE OF ACTION – NEGLIGENT HIRING,**
19                    **RETENTION, SUPERVISION, TRAINING**

20    202.    Joseph Ortiz & Epstein LLC repeats and realleges its response to the previous

21  allegations as if set forth at length herein.

22    203.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 203 to the

23  extent that they pertain to Joseph Ortiz & Epstein LLC.

24    204.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 204 to the

25  extent that they pertain to Joseph Ortiz & Epstein LLC.

26    205.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 205 to the

27  extent that they pertain to Joseph Ortiz & Epstein LLC.

28  / / / /

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

## XV.    ELEVENTH CAUSE OF ACTION – CRIMINAL CONDUCT

206.    Joseph Ortiz & Epstein LLC repeats and realleges its responses to the previous allegations as if set forth at length herein.

207.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 207 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

208.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 208 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

209.    Joseph Ortiz & Epstein LLC denies the allegations contained in paragraph 209 to the extent that they pertain to Joseph Ortiz & Epstein LLC.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

210.    The Complaint fails to state any claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

211.    The Complaint is barred, in whole or in part, by Plaintiffs' failure to mitigate their damages, if any.

### THIRD AFFIRMATIVE DEFENSE

212.    The Complaint is barred, in whole or in part, as a result of Plaintiffs' unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

213.    The Complaint is barred, in whole or in part, by the doctrines of waiver and estoppel.

### FIFTH AFFIRMATIVE DEFENSE

214.    The information provided on the Form 1099 was true or substantially true.

### SIXTH AFFIRMATIVE DEFENSE

215.    Defendant alleges that the Complaint, and each cause of action therein, is barred by the applicable statute of limitations, including but not limited to 15 U.S.C. § 1692k(d) (FDCPA), Cal. Civ. Code. § 1788.20(f) (Rosenthal FDCPA)..

### SEVENTH AFFIRMATIVE DEFENSE

216.    Defendant alleges that Plaintiffs themselves were negligent, careless, and/or committed intentional acts, in and about the matters alleged in the Complaint, and said negligence, carelessness

- 17 -

1   and/or intentional acts caused and/or contributed to their injuries and/or damages.

## EIGHTH AFFIRMATIVE DEFENSE

218.    Defendant alleges that other persons and parties were careless and/or negligent, and/or committed intentional acts, and that this carelessness, negligence, or these intentional acts proximately contributed to the happening of the incidents referred to in the Complaint, and to the extent said negligence, carelessness and/or intentional acts caused and/or contributed to injuries and/or damages, then the damages alleged against this Defendant should be reduced or eliminated.

## NINTH AFFIRMATIVE DEFENSE

219.    Defendant alleges that Plaintiffs failed and neglected to use reasonable care to protect themselves and to minimize and/or mitigate the losses and/or damages asserted in the complaint.

## TENTH AFFIRMATIVE DEFENSE

220.    Defendant alleges that all of their actions were taken in good faith and with a reasonable belief that such actions were legal, appropriate and necessary.

## ELEVENTH AFFIRMATIVE DEFENSE

221.    Defendant alleges that it has no civil liability under the FDCPA, 15 U.S.C. § 1692, *et seq.*, or Rosenthal FDCPA, pursuant to 15 U.S.C. § 1692k(c) and California Civil Code § 1788.30(e) as any violation was unintentional and resulted from the maintenance of procedures reasonably adopted to avoid any such violation.

## TWELFTH AFFIRMATIVE DEFENSE

222.    Defendant alleges that Plaintiffs' Complaint, and each and every cause of action therein, is barred by the privilege embodied either in California Civil Code § 47(c), or arising under federal and state common law.

## THIRTEENTH AFFIRMATIVE DEFENSE

223.    Defendant alleges that the representations or statements made by Defendant were true, accurate at the time made, and/or otherwise were made in good faith and with a reasonable belief as to their truth, validity and accuracy.

## FOURTEENTH AFFIRMATIVE DEFENSE

224.    Defendant alleges that it acted lawfully and intended to take any and all action

- 18 -

1  contemplated, as represented to Plaintiffs, whether expressly allowed by contract or permitted by law.

2  ### FIFTEENTH AFFIRMATIVE DEFENSE

3  225.    Defendant alleges that any acts of this Defendant were performed in good faith in

4  conformity with advisory opinions of the Federal Trade Commission pursuant to 15 U.S.C. § 1692k(e).

5  ### SIXTEENTH AFFIRMATIVE DEFENSE

6  226.    Defendant hereby allege the following affirmative defenses, including, but not limited

7  to, those set forth in **Federal Rule of Civil Procedure 8(c)**, so as not to waive them at this time:

8  assumption of risk, contributory negligence, setoff, duress, failure of consideration, fraud, illegality,

9  license, failure to join an indispensable party, and abatement.

10  ### SEVENTEENTH AFFIRMATIVE DEFENSE

11  227.    Defendant alleges that with respect to Plaintiffs' alleged claim for punitive damages, the

12  decisions of law allowing recovery of punitive damages, if applied in this case, would contravene the

13  Defendant's constitutional rights to substantive and procedural due process of law as preserved for this

14  Defendant by the Fourteenth Amendment of the United States Constitution, and further would

15  constitute a denial by this Court of this Defendant's constitutional right to equal protection under the

16  law as provided by the Fourteenth Amendment; and further would constitute cruel and unusual

17  punishment, as well as an excessive fine as proscribed by the Eighth Amendment; and further would

18  constitute a taking of private property for public use without just compensation, and such taking would

19  contravene this Defendant's constitutional rights preserved by the Fourteenth Amendment.

20  **WHEREFORE**, Defendant prays for:

21  1.    That Plaintiffs take nothing from Defendant by this Complaint;

22  2.    That Defendant be awarded judgment in this action;

23  3.    For attorney's fees incurred herein, pursuant to statute;

24  ////

25  ////

26  ////

27  ////

28  ////

- 19 -

1        4.      For costs of suit incurred herein; and

2        5.      For such other and further relief as the Court deems proper.

3    Dated: October 9, 2007

4                                    ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                     STEINHEIMER LLP

5

6                                    By /s June D. Coleman
                                        June D. Coleman
7                                       Attorney for Defendants DIVERSE FUNDING
                                        ASSOCIATES, LLC, JASON EVANS, EVANS
                                        LAW ASSOCIATES, P.C., FIRST CHOICE ASSETS
8                                       LLC, DELTA GROUP, JOSEPH COLOSIMO AND
                                        JOSEPH ORTIZ & EPSTEIN LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

1

**DEMAND FOR JURY TRIAL**

2

Defendant, JOSEPH ORTIZ & EPSTEIN LLC, hereby demands a jury trial in this matter.

3

Dated: October 9, 2007                    ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                          STEINHEIMER LLP

4

5

6

By /s June D. Coleman
    June D. Coleman

7

    Attorney for Defendants DIVERSE FUNDING
    ASSOCIATES, LLC, JASON EVANS, EVANS

8

    LAW ASSOCIATES, P.C., FIRST CHOICE ASSETS
    LLC, DELTA GROUP, JOSEPH COLOSIMO AND

9

    JOSEPH ORTIZ & EPSTEIN LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
AND DEMAND FOR JURY TRIAL

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On October 9, 2007, I served the following document(s) on the parties in the within action:

**DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Joseph Mauro<br>Law Offices of Joseph Mauro, LLC<br>631 Montauk Hwy,<br>Suite 6<br>West Islip, NY 11795 | Attorneys for Plaintiffs<br>HELEN BUNCH and BRAD BUNCH |
| Ronald Wilcox<br>2160 The Alameda<br>First Floor, Suite F<br>San Jose, CA 95126 | Attorneys for Plaintiffs<br>HELEN BUNCH and BRAD BUNCH |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 9, 2007.

By _____
Jennifer E. Mueller

DEFENDANT JOSEPH ORTIZ & EPSTEIN LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND DEMAND FOR JURY TRIAL