Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, )<br><br>Plaintiff, )<br><br>v. )<br><br>DIVERSE FUNDING ASSOCIATES, )<br>et al. )<br><br>Defendants**.** )<br><br> )| Civil Action No. 07-03731 RS<br><br>**NOTICE OF NEED OF ADR**<br>**PHONE CONFERENCE** |

Plaintiffs hereby files this Notice of Need of ADR Phone Conference.

/s/Ronald Wilcox                                    10/10/07
Ronald Wilcox                                        Date

1