Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-03731 RS |
| DIVERSE FUNDING ASSOCIATES, et al. | ) **REQUEST FOR REASSIGNMENT** |
| Defendants. | ) |

　　　　Despite several requests from Plaintiffs, Defendants have failed to indicate whether they will agree to consent to the U.S. Magistrate Judge in this matter.  Thus, to avoid any further delay in this case Plaintiffs respectfully request reassignment to a U.S. District Judge.


/s/Ronald Wilcox                                      10/23/07
Ronald Wilcox                                           Date

1