UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helen Bunch and Brad Bunch<br><br>Plaintiff(s),<br><br>v.<br><br>Diverse Funding Associates, LLC, Jason J. Evans, Evans Law Association, P.C., The Law Offices of Jason Evans, P.C., et al.<br>Defendant(s). | No. C 07-3731 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

June D. Coleman

Dated: October 23, 2007

/s/
Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06