UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helen Bunch et al<br><br>        Plaintiff(s).<br><br>v.<br><br>Diverse Funding Associates et al<br><br>        Defendants(s).<br>_____/ | No. C 07-03731 JW<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for November 26, 2007 at 10:00 AM, has been reset to **December 17, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by December 7, 2007.

Dated: October 31, 2007

                                          FOR THE COURT,

                                          Richard W. Wieking, Clerk

                                          by: _____/s/_____
                                                  Elizabeth Garcia
                                                  Courtroom Deputy

**United States District Court**
For the Northern District of California