Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, | CIV. NO. C07-03731 JW |
| Plaintiffs, | |
| | **DECLARATION OF RONALD WILCOX IN SUPPORT OF MOTION FOR AN ORDER ALLOWING EXTENSION OF TIME TO SERVE DEFENDANT WILLIAM "BILL" JOHNSON** |
| v. | |
| DIVERSE FUNDING ASSOCIATES, LLC, JOSEPH, ORTIZ & EPSTEIN, LLC, et al. | |
| Defendants. | |

I, RONALD WILCOX, HEREBY ATTEST:

1. I am Plaintiffs' attorney in the above-mentioned matter.

2. Plaintiffs have made a diligent search and have made numerous attempts to serve Defendant WILLIAM "BILL" JOHNSON, with the Amended Summons and First Amended Complaint.

3. As the attached affidavits show, Plaintiffs have been unable to serve Defendant despite Plaintiffs' diligent attempts. (See **Exhibits 1, 2, and 3**).

4. Plaintiff respectfully request the Court: 1) grant an Order allowing an extension of 120 days to serve the Defendant WILLIAM "BILL" JOHNSON with the Amended Summons and First Amended Complaint.

- 1 -

5. Plaintiff attempted to serve William "Bill" Johnson, by personal service at his place of employment at Delta Group, 3842 Harlem Road, Suite 400-156, Buffalo, NY 14215. The process server was not able to serve Defendant at that address. Affidavit of Due Diligence of Robert Zielinski (**Exhibit 1**).

6. Later, the other named Defendants provided the legal name of Defendant William "Bill" Johnson as "Dewayne A. Drake" with a last known address of 611 LaSalle Avenue, Buffalo, New York 14215. The address was found to be vacant. Affidavit of Due Diligence of Mary Lou Gravelle (**Exhibit 2**).

7. Additional searches for "Dewayne A. Drake" revealed a current address of 1738 Saint Lawrence Cv, Tucker, Georgia 30084. However, the process server found that Defendant did not live at the address. The occupant of the home said he has lived at the address for three years and that Defendant has never lived at the address during his occupancy, nor does he have knowledge or familiarity of the Defendant, except for receiving a piece of mail for the Defendant when the occupant first moved to the above address. Affidavit of Due Diligence of Nick Mallas (**Exhibit 3**).

8. Despite Plaintiffs' diligent search and attempts, Plaintiffs have yet to confirm Defendant Dewayne A. Drake a/k/a William "Bill" Johnson's whereabouts. Thus, Plaintiffs request a 120-day extension of time in which to serve Defendant Dewayne A. Drake a/k/a William "Bill" Johnson.

Under 28 U.S.C. § 1746, I, RONALD WILCOX, certify under penalties of perjury, that the above statements are true and correct.

Dated: 11/2/07

/s/Ronald Wilcox
Ronald Wilcox

- 2 -

Declaration of Ronald Wilcox in Support of Motion for an Order Allowing Extension of Time to Serve Defendant William "Bill" Johnson