# Exhibit 1

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN BUNCH AND BRAD BUNCH<br><br>Plaintiff<br>v.<br>DIVERSE FUNDING ASSOCIATES, LLC; ET AL<br><br>Defendant(s) | Case No.: C07-03731 RS<br><br>Court Date: at<br><br>AFFIDAVIT OF DUE DILIGENCE<br><br>ATTY:<br><br>RONALD WILCOX - ATTY AT LAW<br>2160 THE ALAMEDA, FIRST FLOOR<br>SAN JOSE, CA 95126-1122 |

☐ STATE OF NEW YORK: COUNTY OF MONROE    ss:

I, ROBERT ZIELINSKI, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

Deponent attempted to serve the within AMENDED SUMMONS IN A CIVIL CASE upon WILLIAM "BILL" JOHNSON the defendant/respondent therein named, and that after due search, careful inquiry and diligent attempts at (PLACE OF EMPLOYMENT) DELTA GROUP, 3842 HARLEM ROAD, SUITE 400-156, BUFFALO, NY 14215 deponent was unable to effect process upon the person being served because of the following reason(s):

☐ house is vacant
☐ address does not exist
☐ no other occupants/tenants over 18 years of age
☐ address provided is a private home, not conducting business
☐ defendant is deceased
☒ other remarks: AN ATTEMPT AT SERVICE WAS MADE ON THE FOLLOWING DATES:

08-07-07 02:00pm ☐ THIS LOCATION IS A UPS STORE, THE CLERK REFUSED TO TELL ME WHO BELONGED TO BOX 156 DUE TO PRIVACY LAWS. ☐

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
ROBERT ZIELINSKI

Subscribed and sworn to before me, on OCTOBER 31, 2007

_____
John D Coy
Notary Public, State of New York
No. 01CO6114610, Qualified in Monroe County
My Commission Expires August 23, 2008
Case ID # 07-029149
Attorney Case #

# Exhibit 2

# AFFIDAVIT OF DUE DILIGENCE

U.S. District Court, County of **Northern District, CA**  Index # **C07-03731 RS**

## Helen Bunch and Brad Bunch
Plaintiff(s),

— vs. —

## Diverse Funding Associates, LLC, et al.
Defendant(s).

State of New York, County of **Erie** ss.:

**Mary Lou Gravelle** being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action. That on several occasions deponent attempted to serve the annexed **Amended Summons and Complaint** on **Dewayne A. Drake a/k/a William "Bill" Johnson**

at **611 Lasalle Ave., Buffalo NY 14215**

and after due diligence, deponent has been unable to affect service.

On October 27, 2007 I attempted service at the above address. I was unable to serve Dewayne A. Drake a/k/a William "Bill" Johnson personally, because the house is vacant. There is a notice on the front window stating that the property is vacant and warning about trespassing. I was able to look into the building and the property is completely empty. There is an upper and lower to this building. The electric meters are still attached and have not been removed from the property.

Sworn to before me on  11/1/07

*[signature]*
DENNIS DICKMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires  May 14, 2011

*[signature]*
Mary Lou Gravelle

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
STATE OF CALIFORNIA

HELEN BUNCH & DAVID BUNCH

           Plaintiff,

vs.

DIVERSE FUNDING ASSOCIATES, LLC

           Defendant.

CIVIL ACTION
CASE NO.: C07-03731 RS

## AFFIDAVIT OF DUE DILIGENCE

COMES NOW, NICK A. MALLAS, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I have engaged in a due search, careful inquiry and diligent attempts to effect service on DEWAYNE A DRAKE AKA WILIAM "BILL" JOHNSON at the following address(es):

1738 SAINT LAWRENCE COVE, TUCKER GA 30084

2.

My attempts to effect service are as follows:

10/18@6:37PM-NO ANSWER, NO VEHICLES, LEFT NOTE ON DOOR & 8:48PM-I RECEIVED A PHONE CALL FROM "ANGELO". HE STATED THAT HE HAS RESIDED THERE FOR 3 YEARS AND HE HAS NO KNOWLEDGE OF THE DEFENDANT. HE STATED THAT HE MAY HAVE ON OCCASION RECEIVED A FEW PIECES OF MAIL FOR SUBJECT.

Dated: November 5th, 2007.

                                      NICK A. MALLAS

Sworn to and subscribed before me
this 5th day of November, 2007.
at Atlanta, Georgia

Notary Public