Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFFS



IT IS SO ORDERED AS MODIFIED
Judge James Ware

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) | CIV. NO. C07-03731 JW |
| Plaintiffs, ) | |
| ) | MOTION FOR AN ORDER ALLOWING EXTENSION OF TIME TO SERVE DEFENDANT WILLIAM "BILL" JOHNSON AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| DIVERSE FUNDING ASSOCIATES, LLC, ) JOSEPH, ORTIZ & EPSTEIN, LLC, et al. ) | |
| Defendants. ) | |

## INTRODUCTION

Plaintiffs have made a diligent search and have made numerous attempts to serve Defendant, William "Bill" Johnson, with the Amended Summons and First Amended Complaint. As the attached declarations and affidavits show, the Defendant has not been served, despite Plaintiffs' diligent attempts.

Under Federal Rule of Civil Procedure 6(b) and 6(b)(1), the court for cause shown, may act ex parte, with or without motion or notice to extend the time to serve the Defendant. Schwarzer, Tashima and Wagstaff, FEDERAL CIVIL PROCEDURE BEFORE TRIAL [5:299] (The Rutter Group). Thus, Plaintiffs bring this ex parte motion under Federal Rule of Civil Procedure 6(b)(1) and N.D. Cal. Local Rule 7-10.

Plaintiff respectfully requests the Court to grant an Order allowing an extension of 120 days to serve the Defendant with the Amended Summons and First Amended Complaint.

**FACTS**

Plaintiff attempted to serve William "Bill" Johnson, by personal service at his place of employment at Delta Group, 3842 Harlem Road, Suite 400-156, Buffalo, NY 14215. The process server was not able to effect serve at that address. Therefore, the process server was not able to serve Defendant. See the Declaration of Ronald Wilcox ¶5 and the attached Affidavit of Due Diligence of Robert Zielinski. (**Exhibit 1**).

Later, the other named Defendants provided the legal name of Defendant William "Bill" Johnson as "Dewayne A. Drake" with a last known address of 611 LaSalle Avenue, Buffalo, New York 14215. The address was found to be vacant. See the Declaration of Ronald Wilcox ¶6 and the attached Affidavit of Due Diligence of Mary Lou Gravelle. (**Exhibit 2**).

Additional searches provided a current address of 1738 Saint Lawrence Cv, Tucker, Georgia 30084. However, the process server found that the Defendant was not at the address. The occupant of the home said he has lived at the address for three years and that Defendant had never lived at the address during his occupancy, nor did he have knowledge or familiarity of the Defendant, except for receiving a piece of mail for the Defendant when the occupant first moved to the above address. See the Declaration of Ronald Wilcox ¶7 and the attached Affidavit of Due Diligence of Nick Mallas (**Exhibit 3**).

**REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT WILLIAM "BILL" JOHNSON**

Despite Plaintiffs' diligent search and attempts, Plaintiffs have yet to confirm Defendant Dewayne A. Drake a/k/a William "Bill" Johnson's whereabouts. Thus, Plaintiffs request a 120-day extension of time in which to serve Defendant Dewayne A. Drake a/k/a William "Bill" Johnson.

Motion for an Order Allowing Extension of Time to Serve Defendant William "Bill" Johnson and [Proposed] Order

1  Dated: November 2, 2007        /s/Ronald Wilcox
2                                  Ronald Wilcox, Counsel for Plaintiffs

[PROPOSED] ORDER

For good cause shown, the Court GRANTS Plaintiffs a 60-day extension to serve Defendant William "Bill" Johnson."

IT IS SO ORDERED.

Dated: November 16, 2007         _____
                                  JAMES WARE
                                  United States District Judge

- 3 -