1 | Ronald Wilcox, Esq., 176601
2 | 2160 The Alameda, First Floor, Suite F
   | San Jose, CA 95126
3 | Tel: (408) 296-0400
   | Fax: (408) 296-0486
4 | ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-03731 JW |
| v. ) | |
| ) | **STIPULATION TO CONTINUE** |
| DIVERSE FUNDING ASSOCIATES, ) | **12/17/07 CMC and [PROPOSED]** |
| et al. ) | **ORDER** |
| ) | |
| Defendants. ) | |

The parties have stipulated to mediate this matter through the Court's Alternative Dispute Resolution Program.

The parties respectfully request the Court continue the December 17, 2007, Case Management Conference for 60 days. The parties will conduct discovery in accordance with the F.R.C.P.

Dated: 12/5/07       _____/s/ Ronald Wilcox_____
                     Counsel for Plaintiff

Dated: 12/5/07       _____[signature]_____
                     Counsel for Defendants

1 [PROPOSED] ORDER

2 The Court's adopts the stipulation of the parties. The December 17, 2007 Case

3 Management Conference is hereby continued to _____.

4

5 IT IS SO ORDERED.

6 _____
HON. JAMES WARE
7 U.S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25