# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bunch,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Diverse Funding Associates,<br><br>　　　　　　　Defendant(s). | 07-03731 JW MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The appointment of Mark H. Penskar to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible. Parties may need to seek an extension of time to complete mediation.

Dated: December 11, 2007

　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　by:　　Claudia M. Forehand

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ADR Case Administrator
　　　　　　　　　　　　　	　　　　　　　　415-522-2059
　　　　　　　　　　　　　　　　　　　　　　Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-03731 JW MED