IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Helen Bunch, et al., | NO. C 07-03731 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Diverse Funding Associates, et al., | |
| Defendants. / | |

The above entitled matter is currently scheduled for a case management conference on Monday, December 17, 2007. The parties have requested a continuation for sixty (60) days so that they may complete mediation. (See Docket Item No. 27.)

In light of the parties' request, the Court continues the case management conference to **Monday, February 18, 2008 at 10:00 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement no later than ten (10) days before the date of the conference.

This is the final continuance of the case management conference.

Dated: December 13, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@ecplslaw.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: December 13, 2007**          **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California