ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

January 9, 2008

Ronald Wilcox
Attorney At Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
408-296-0400

June D. Coleman
Ellis, Coleman, Poirier, LaVoie & Steinheimer
555 University Avenue
Suite 200 E
Sacramento, CA 95825
916-283-8800

Re:   Bunch v. Diverse Funding Associates
      <u>Case No. C 07-03731 JW MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss Mediation. We would like to schedule this for **Monday, January 14, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator