**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN BUNCH, | No. C 07-03731 JW |
|        Plaintiff(s), | |
|   v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| DIVERSE ASSOCIATES, ET AL, | |
|        Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for February 18, 2008 at 10:00 AM has been reset to **February 25, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are the file a joint case management conference on or before February 15, 2008.

Dated:  January 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:     /s/
     Elizabeth Garcia
     Courtroom Deputy