1  Mark E. Ellis – 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendant Diverse Funding Associates, Jason J. Evans and Evans Law Association,
   P.C., and The Law Offices of Jason Evans, P.C.
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11 | HELEN BUNCH and BRAD BUNCH        | Case No.: 07-3731 RS
12 |        Plaintiff,                 |
13 | v.                                | APPLICATION FOR ADMISSION OF
                                        ATTORNEY *PRO HAC VICE*
14 | DIVERSE FUNDING ASSOCIATES, et al.,|
15 |        Defendants.                |

16

17         Pursuant to Civil L.R. 11-3, CINDY D. SALVO, an active member in good standing of the bars

18 of the U.S. District Court Of New Jersey, U.S. District Court for the Southern District of New York,

19 and U.S. District Court for the Eastern District of New York, hereby applies for admission to practice

20 in the Northern District of California on a *pro hac vice* basis representing Defendants Diverse Funding

21 Associates, LLC, Joseph Ortiz & Epstein, LLC, Delta Group, Joseph Colosimo, Jason J. Evans, Evans

22 Law Associates, P.C., The Law Office of Jason J. Evans, P.C. and First Choice Assets, LLC

23 (collectively, "Defendants") in the above-entitled action.

24         In support of this application, I certify on oath that:

25    1.   I am an active member in good standing of a United States Court or of the highest court

26         of another State or the District of Columbia, as indicated above;

27    2.   I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule

28         11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

- 1 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office with the State of California has been designated as to co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: June D. Coleman, Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP, 555 University Avenue, Suite 200, East, Sacramento, California, 95625.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 1\16\08

CINDY D. SALVO, ESQ.

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*