Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 07-03731 JW RS <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) **STIPULATION TO** <br> et al. ) **CONTINUE DEADLINE** <br> ) **TO CONDUCT ADR** <br> Defendants. ) **and [PROPOSED] ORDER** <br> ) | |

On January 15, 2008, the parties conducted a telephone conference with the Court's Alternative Dispute Resolution Unit. Pursuant to the request of the ADR Unit the parties hereby request the Court extend the deadline to conduct the mediation, to May 30, 2008.

_____         1/23/08
Ronald Wilcox                   Date
Counsel for Plaintiffs

_____         1/23/08
June Coleman                    Date
Counsel for Defendants

1

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the deadline to conduct ADR is hereby extended to May 31, 2008.

Date: _____

_____
HON. JAMES WARE
U.S. DISTRICT JUDGE