1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486
   ronaldwilcox@post.harvard.edu
4

5  **ATTORNEY FOR PLAINTIFF**

6              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
7                  **SAN JOSE DIVISION**

8  _____

9  HELEN BUNCH and BRAD BUNCH,         )
                                        )
               Plaintiff,               )
10                                      )  Civil Action No. 07-03731 JW RS
                                        )
11             v.                       )
                                        )
12 DIVERSE FUNDING ASSOCIATES,          )     **STIPULATION TO**
   et al.                               )     **CONTINUE DEADLINE**
13                                      )     **TO CONDUCT ADR**
               Defendants.              )     **and [PROPOSED] ORDER**
14                                      )
15 _____ )

16        On January 15, 2008, the parties conducted a telephone conference with the Court's

17 Alternative Dispute Resolution Unit.  Pursuant to the request of the ADR Unit the parties hereby

18 request the Court extend the deadline to conduct the mediation, to May 30, 2008.

19

20

21 _____          _____
   Ronald Wilcox                            1/23/08
22 Counsel for Plaintiffs                    Date

23

24 _____          _____
   June Coleman                             1/23/08
25 Counsel for Defendants                    Date

1

1

[~~PROPOSED~~] ORDER

2

3    Pursuant to the parties' stipulation, the deadline to conduct ADR is hereby extended to

4   May 31, 2008.

5

6

Date: January 25, 2008

7

8   _____
    HON. JAMES WARE
9   U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25