# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bunch,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Diverse Funding Associates,<br><br>　　　　　　Defendant(s). | 07-03731 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Henry Hewitt**
Erickson Beasley & Hewitt
483 Ninth St.
Oakland, CA 94607
510-839-3448

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03731 JW MED　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03731 JW MED                    - 2 -