1

**Joseph Mauro (admitted pro hac vice)**

2

The Law Offices of Joseph Mauro, LLC

3

631 Montauk Highway, Suite 6
West Islip NY 11795

4

joemauroesq@hotmail.com
Tel: (631) 669-0921

5

Fax: (631) 669-5071

6

**Ronald Wilcox, Esq., 176601**

7

2160 The Alameda, First Floor, Suite F
San Jose, CA 95126

8

Tel: (408) 296-0400
Fax: (408) 296-0486

9

ronaldwilcox@post.harvard.edu

10

**ATTORNEY FOR PLAINTIFF**

11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

14

HELEN BUNCH and BRAD BUNCH,    )
                               )

15

            Plaintiff,         )
                               )  Civil Action No. 07-03731 JW RS

16

        v.                     )
                               )

17

DIVERSE FUNDING ASSOCIATES,    )
                  et al .      )

18

                               )

19

        Defendants**.**        )
_____)

20

21

STIPULATION AND [PROPOSED] ORDER SCHEDULING DEPOSITIONS

22

        The parties hereby agree the deposition of Joseph Colosimo will take

23

place on March 13, 2008, in Garden City, NY, and the deposition of Jason Evans

24

shall take place on March 14, 2007 in Garden City, NY.

25

STIPULATION AND [PROPOSED] ORDER SCHEDULING DEPOSITIONS                    1

1

2

3

Date: 1/30/08

4

5

/s/Cindy Salvo

6  Cindy Salvo

Counsel for Defendants

7

8

Date: 1/30/08

9

10  /s/Joseph Mauro

Joseph Mauro

11  Counsel for Plaintiffs

12

13                          [PROPOSED] ORDER

14

15  The Court adopts the stipulation of the parties.

16  IT IS SO ORDERED.

17

18  Date:

19  _____

20  HON. MAGISTRATE JUDGE SEEBORG

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER SCHEDULING DEPOSITIONS                    2