Mark E. Ellis – 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant Diverse Funding Associates, Jason J. Evans, Evans Law Association, P.C. and, The Law Offices of Jason J. Evans, P.C.

RECEIVED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH<br><br>Plaintiff,<br><br>v.<br><br>DIVERSE FUNDING ASSOCIATES, et al.,<br><br>Defendants. | Case No.: 07-3731 RS JW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

CINDY D. SALVO, an active member in good standing of the bar of U.S. District Court of New Jersey, the Southern District of New York and the Eastern District of New York, whose business address and telephone number is:

The Salvo Law Firm, P.C.
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey, 07068
(973) 795-1228
csalvo@salvolawfirm.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DIVERSE FUNDING ASSOCIATES, JOSEPH ORTIZ & EPSTEIN, LLC, DELTA GROUP, JOSEPH COLOSIMO, JASON J. EVANS, EVANS

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LAW ASSOCIATES, P.C. and THE LAW OFFICE OF JASON J. EVANS, P.C. and FIRST CHOICE ASSETS, LLC

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Oder No. 45, *Electronic Case Filing*,

Dated: Jan 31, 2008

_____
HON. JAMES WARE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*