**Joseph Mauro (admitted pro hac vice)**
The Law Offices of Joseph Mauro, LLC
631 Montauk Highway, Suite 6
West Islip NY 11795
joemauroesq@hotmail.com
Tel: (631) 669-0921
Fax: (631) 669-5071

**Ronald Wilcox, Esq., 176601**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

*E-FILED 2/5/08*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) <br>             et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-03731 JW RS |

STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING DEPOSITIONS

The parties hereby agree the deposition of Joseph Colosimo will take place on March 13, 2008, in Garden City, NY, and the deposition of Jason Evans shall take place on March 14, 2007 in Garden City, NY.

STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING DEPOSITIONS                              1

Date: 1/30/08

/s/Cindy Salvo
Cindy Salvo
Counsel for Defendants

Date: 1/30/08

/s/Joseph Mauro
Joseph Mauro
Counsel for Plaintiffs

[PROPOSED] ORDER

The Court adopts the stipulation of the parties.

IT IS SO ORDERED.

Date:   February 5, 2008

_____
HON. MAGISTRATE JUDGE SEEBORG