Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-03731 JW |
| v. ) | |
| ) | |
| DIVERSE FUNDING ASSOCIATES, ) | **STIPULATION TO CONTINUE** |
| et al. ) | **2/25/08 CMC and [PROPOSED]** |
| ) | **ORDER** |
| Defendants**.** ) | |

        The parties have stipulated to mediate this matter through the Court's Alternative Dispute

Resolution Program.   The Court has extended the deadline to conduct the ADR session to May

31, 2008.  The parties are continuing with discovery.

        Thus, the parties respectfully request the Court continue the February 25, 2008, Case

Management Conference, to the end of June 2008.


Dated: 2/12/08                    /s/Ronald Wilcox
                                  Counsel for Plaintiff


Dated: 2/12/08                    /s/June Coleman
                                  Counsel for Defendants

1

[PROPOSED] ORDER

The Court's adopts the stipulation of the parties.  The February 25, 2008 Case

Management Conference is hereby continued to _____.

IT IS SO ORDERED.

_____
HON. JAMES WARE
U.S. DISTRICT COURT JUDGE