*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

HELEN BUNCH and BRAD BUNCH, )
                                    )
        Plaintiff,           )
                                    )     Civil Action No. 07-03731 JW
       v.                        )
                                    )
DIVERSE FUNDING ASSOCIATES, )     **STIPULATION TO CONTINUE**
et al.                                 )     **2/25/08 CMC and [PROPOSED]**
                                    )     **ORDER**
        Defendants**.**        )
                                    )

        The parties have stipulated to mediate this matter through the Court's Alternative Dispute Resolution Program.  The Court has extended the deadline to conduct the ADR session to May 31, 2008.  The parties are continuing with discovery.

        Thus, the parties respectfully request the Court continue the February 25, 2008, Case Management Conference, to the end of June 2008.

Dated: 2/12/08                    /s/Ronald Wilcox
                                       Counsel for Plaintiff


Dated: 2/12/08                    /s/June Coleman
                                       Counsel for Defendants

1

[~~PROPOSED~~] ORDER

This case was filed on July 19, 2007.  The parties have sought multiple continuances of their Case Management Conference.  To accommodate the parties' mediation efforts, the Court GRANTS one **final** continuance of the case's initial Case Management Conference.  The Court sets **June 2, 2008 at 10 A.M.** as the new conference date.  On or before **May 23, 2008**, the parties shall file a Joint Case Management Statement.  If the case does not settle through mediation by that date, the parties shall meet and confer and in good faith develop a discovery plan to move this case forward.  The Joint Statement shall include the parties' proposed dates for the close of all discovery.

Dated:  February 20, 2008    _____
JAMES WARE
United States District Judge

2