1  Cindy D. Salvo
   THE SALVO LAW FIRM, P.C.
2  101 Eisenhower Parkway, Suite 300
   Roseland, New Jersey 07068
3  (973) 795-1228
4  (973) 228-6492 (fax)
   Attorney for Defendants (Admitted pro hac vice)
5

6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8                           SAN JOSE DIVISION

9  ------------------------------------------------x
10 HELEN BUNCH and BRAD BUNCH,            :
                                          :
11      Plaintiffs,                       :    Case No. 07-3731 (JW) (RS)
                                          :
12      v.                                :
                                          :
13                                        :
   DIVERSE FUNDING ASSOCIATES, LLC;:
14 JOSEPH ORTIZ & EPSTEIN, LLC;           :    **RE-NOTICE OF MOTION TO**
   DELTA GROUP; JOSEPH COLISIMO;          :    **QUASH SUBPOENAS**
15 WILLIAM "BILL" JOHNSON;                :
   JASON J. EVANS LAW ASSOCIATES,         :    DATE:  May 21, 2008
16 PC;  THE LAW OFFICE OF JASON J.        :    TIME:  9:30 a.m.
   EVANS, PC; AND FIRST CHOICE            :    COURTROOM: 4
17 ASSETS, LLC                            :
                                          :
18                                        :
        Defendants.                       :
19 ------------------------------------------------x

20                   UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
22                          SAN JOSE DIVISION
23

24      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25 NOTICE IS HEREBY GIVEN that on May 21, 2008 at 9:30 a.m. in Courtroom 4 of the above-entitled

26 Court, the motion of Defendants Diverse Funding Associates LLC, Joseph Ortiz & Epstein LLC d/b/a

27 Delta Group, Jason J. Evans, The Law Office of Jason J. Evans PC, Evans Law Associates PC and

28 First Choice Assets LLC (collectively "Defendants") to quash subpoenas served by Plaintiffs on HSBC

1  Bank will be heard. Said motion is based on the ground that the subpoenas seek financial and banking
2  information which is confidential and irrelevant to this case.
3        This motion is further based on this Notice, the attached Memorandum of Points and
4  Authorities, the Declaration of Daniel Mendez, Declaration of Jason J. Evans and Declaration of
5  Joseph Colosimo, and on such other oral and documentary evidence as may be presented at the hearing
6  of this matter.

Dated: April 15, 2008

THE SALVO LAW FIRM, P.C.

By: /s Cindy D. Salvo

Attorneys for Defendants (pro hac vice)

101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
(973) 795-1228
(973) 228-6492 (fax)

-2-

D

# CERTIFICATE OF SERVICE

I, Cindy D. Salvo, hereby declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 101 Eisenhower Parkway, Suite 300, Roseland, New Jersey 07068. .

On April 15, 2008, I served the Re-Notice of Motion to Quash Subpoenas on the parties in the within action by ECF:

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Ronald Wilcox, Esq.<br>2160 The Alameda, First Floor, Suite F<br>San Jose, CA 95126<br>408-296-0486 (fax) | Attorneys for Plaintiffs |
|---|---|
| Joseph Mauro, Esq.<br>631 Montauk Highway, Suite 6<br>West Islip, NY 11795<br>631-669-5071 (fax) | Attorneys for Plaintiffs |

I declare under penalty of perjury under the laws of the States of California and New Jersey that the foregoing is a true and correct statement and that this Certificate was executed on April 15, 2008.

_____
CINDY D. SALVO