1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486
   ronaldwilcox@post.harvard.edu
4

5  **ATTORNEY FOR PLAINTIFF**

6                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
7                      **SAN JOSE DIVISION**

8  HELEN BUNCH and BRAD BUNCH,        ) PLAINTIFFS' MOTION TO CONTINUE
                                      ) MAY 21, 2008 MOTION TO QUASH TO
9          Plaintiff,                 ) JUNE 4, 2008 and [PROPOSED] ORDER
                                      )
10         v.                         )
                                      ) Civil Action No. 07-03731 RS
11                                    )
   DIVERSE FUNDING ASSOCIATES,        )
12 et al.                             )
                                      )
13         Defendants**.**            **)**
                                      )
14

15      On April 14, 2008, Defendants noticed a Motion to Quash to be heard on Tuesday, May

16 13, 2008.  Defendants did not meet and confer about the hearing date before setting it.

17 Furthermore, this Court only hears motions on Wednesdays.  Additionally, Defendants violated

18 L.R. 7-2(a) by failing to provide 35-days notice.

19      As a courtesy, Plaintiff contacted Defendants, via fax, and suggested the parties stipulate

20 to continuing the hearing to Wednesday, June 4, 2008.  Defendants then re-noticed the motion,

21 for May 21, 2008, again without contacting Plaintiffs to insure the proposed date would not

22 cause undue prejudice, and thus in violation of this Court's standing order of July 11, 2002.

23

24 Plaintiffs have a scheduling conflict on that date.

25      Plaintiffs respectfully request the Court continue the matter to June 4, 2008.  Defendants

have not responded to Plaintiffs' fax regarding the June 4, 2008 date; but it does not appear there

                                                                                    1

1  would be any prejudice in continuing the hearing to that date.  Indeed, there is no trial date set,

2  and the parties have a mediation scheduled May 12, 2008.

3

4  /s/Ronald Wilcox                                              4/16/08
   Ronald Wilcox                                                 Date
5

6

7

8
                              [PROPOSED] ORDER
9

10      The Motion to Quash is hereby continued from May 21, 2008 to June 4, 2008.

11

12  **IT IS SO ORDERED.**

13

14
   Date:
15

16

17  _____
   HON. R. SEEBORG
18  U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

                                                                                        2