Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-03731 |
| v. ) | ADR Magistrate Brazil |
| ) | |
| DIVERSE FUNDING ASSOCIATES, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING REQUESTS TO BE EXCUSED OF
### BRAD BUNCH AND JOSEPH COLOSIMO

In light of the unique circumstances presented to the Court; the requests to be excused from participation at Mediation by Plaintiff Brad Bunch and Defendant Joseph Colosimo is hereby GRANTED.

Dated: 4/28/08

_____
ADR Magistrate Judge Brazil