Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) <br> et al. ) <br> ) <br> Defendants. ) | Civil Action No. 07-03731 JW RS |

**ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM MEDIATION**

The request to be excused from Mediation by Defendant Jason J. Evans, Evans Law Association, P.C, the Law Office of Jason J. Evans, P.C., and Diverse Funding Associates, is DENIED, since it does not comply with ADR LR 6-9 in that the request: 1) was not timely filed, 2) not timely served, and 3) fails to demonstrate an unjustifiable hardship.

Plaintiff shall serve a copy of this Order on Defendants, the Mediator and the ADR Unit, via fax.

Dated: 4/30/08

_/s/ Wayne D. Brazil_
ADR Magistrate Judge Brazil

ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM MEDIATION    1