# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

HELEN BUNCH and BRAD BUNCH,      )
                                 )
    Plaintiff,                   )
                                 ) Civil Action No. 07-03731 JW RS
    v.                           )
                                 )
DIVERSE FUNDING ASSOCIATES,      )
    et al.                       )
                                 )
    Defendants.                  )

## STIPULATION REGARDING DEPOSITIONS OF JASON EVANS AND DIVERSE FUNDING

The parties hereby agree that the depositions of Jason Evans and Diverse Funding scheduled for May 7, 2008 in Buffalo, New York shall be adjourned until June 26, 2008 at 9:30am.

_____                           5/5/08
Joseph Mauro                                        Date
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Fax: 631-669-5071
For Plaintiffs


_____                           5/5/08
Cindy D. Salvo                                      Date
The Salvo Law Firm, P.C.
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
Fax: 973-228-6492
For Defendants