Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants DIVERSE FUNDING ASSOCIATES, LLC, JASON J. EVANS, EVANS LAW ASSOCIATION, P.C., THE LAW OFFICES OF JASON EVANS, P.C., FIRST CHOICE ASSETS LLC, DELTA GROUP, JOSEPH COLOSIMO, AND JOSEPH ORTIZ & EPSTEIN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH,<br><br>    PLAINTIFFS,<br><br>v.<br><br>DIVERSE FUNDING ASSOCIATES, LLC, ET AL.,<br><br>    DEFENDANTS. | Case No.: 07-CV-03731 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION**<br><br>CURRENT DEADLINE:    May 31, 2008<br><br>REQUESTED DEADLINE:    June 30, 2008 |

   Good cause existing, the Court hereby grants defendants' administrative request to extend the deadline to conduct mediation. The deadline is currently scheduled for May 31, 2008, and the Court extends the deadline to June 30, 2008.

   IT IS SO ORDERED.


Date: _____, 2008

_____
Judge James Ware
United States District Court

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On May 8, 2008, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Joseph Mauro<br>Law Offices of Joseph Mauro, LLC<br>306 McCall Avenue<br>West Islip, NY 11795 | Attorneys for Plaintiffs<br>HELEN BUNCH and BRAD BUNCH |
|---|---|
| Ronald Wilcox<br>2160 The Alameda<br>First Floor, Suite F<br>San Jose, CA 95126 | Attorneys for Plaintiffs<br>HELEN BUNCH and BRAD BUNCH |

| X | **VIA E-MAIL**: The above-described document(s) will be delivered by e-mail, to the following: |
|---|---|

| Henry Hewitt<br>Erickson Beasley & Hewitt<br>483 Ninth Street<br>Oakland, CA 94607 | Mediator |
|---|---|

| X | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following |
|---|---|

| United States District Court<br>Northern District<br>ADR Unit<br>Fax: 415-522-4112 | ADR Department |
|---|---|

/ / /

- 2 -

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  a true and correct statement and that this Certificate was executed on May 8, 2008.

By: _____
Jennifer E. Mueller

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION