**Joseph Mauro (admitted pro hac vice)**
The Law Offices of Joseph Mauro, LLC
631 Montauk Highway, Suite 6
West Islip NY 11795
joemauroesq@hotmail.com
Tel: (631) 669-0921
Fax: (631) 669-5071

**Ronald Wilcox, Esq., 176601**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) <br> ) <br> et al . ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-03731 JW RS <br><br> **STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs disagree with Defendants' characterizations in their Motion to Extend Time to Mediate (Docket# 50). Nevertheless, in an attempt to resolve this matter, the parties hereby agree:

1. The parties, at the request of the ADR Unit, moved the Court to extend the deadline to conduct Mediation, to May 31, 2008.

2. In light of Defendants' inability to complete the Mediation by May 31, 2008, the Parties hereby request the deadline be extended to June 20, 2008.

3. The Mediation shall occur June 19, 2008.  All Defendants shall personally appear.  Plaintiff Brad Bunch, currently in Vietnam, has already been excused by the Hon. Wayne D. Brazil, and thus is not required to participate in the Mediation.

4. No party shall file a dispositive motion until the completion of the Mediation.

5. The depositions of Jason Evan and Diverse Funding, noticed for May 7, 2008, shall be continued to June 13, 2008.

6. The Motion for Protective Order, set to be heard June 4, 2008, shall be continued to July 16, 2008.

Date: 5/9/08

/s/Cindy Salvo_____
Cindy Salvo
Counsel for Defendants

Date: 5/9/08

/s/Joseph Mauro_____
Joseph Mauro
Counsel for Plaintiffs

[PROPOSED] ORDER

The Court adopts the stipulation of the parties.

IT IS SO ORDERED.

Date:

_____
HON. JAMES WARE