**Joseph Mauro (admitted pro hac vice)**
The Law Offices of Joseph Mauro, LLC
631 Montauk Highway, Suite 6
West Islip NY 11795
joemauroesq@hotmail.com
Tel: (631) 669-0921
Fax: (631) 669-5071

**Ronald Wilcox, Esq., 176601**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**



IT IS SO ORDERED AS MODIFIED
Judge James Ware
5/14/2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) <br> ) <br> et al . ) <br> ) <br> Defendants. ) | Civil Action No. 07-03731 JW RS <br><br> **STIPULATION AND [PROPOSED] ORDER** LAST AND FINAL CONTINUANCE |

Plaintiffs disagree with Defendants' characterizations in their Motion to Extend Time to Mediate (Docket# 50). Nevertheless, in an attempt to resolve this matter, the parties hereby agree:

1. The parties, at the request of the ADR Unit, moved the Court to extend the deadline to conduct Mediation, to May 31, 2008.

2. In light of Defendants' inability to complete the Mediation by May 31, 2008, the Parties hereby request the deadline be extended to June 20, 2008.

3. The Mediation shall occur June 19, 2008.  All Defendants shall personally appear.  Plaintiff Brad Bunch, currently in Vietnam, has already been excused by the Hon. Wayne D. Brazil, and thus is not required to participate in the Mediation.

4. No party shall file a dispositive motion until the completion of the Mediation.

5. The depositions of Jason Evan and Diverse Funding, noticed for May 7, 2008, shall be continued to June 13, 2008.

6. The Motion for Protective Order, set to be heard June 4, 2008, shall be continued to July 16, 2008.

Date: 5/9/08

/s/Cindy Salvo_____
Cindy Salvo
Counsel for Defendants

Date: 5/9/08

/s/Joseph Mauro_____
Joseph Mauro
Counsel for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**

The Court approves the parties above stipulation:

   1.  Mediation shall occur as scheduled on June 19, 2008.  The Mediation deadline is continued to June 20, 2008.

   2.  The parties' Motion for Protective order is continue to July 16, 2008 at 9:30 before Magistrate Judge Richard Seeborg.

   3. No party shall file a dispositive motion until the completion of mediation.

   4.  The depositions of Jason Evans and Bunch Funding is continued as stipulated for June 13, 2008

   **IT IS FURTHER ORDERED:**

   To accommodate the parties' mediation efforts the the Court continues a **LAST AND FINAL CONTINUANCE** of the Case Management Conference set for June 2, 2008 at 10:00 AM to **June 30, 2008 at 10:00 AM.**  The parties' shall file a joint case management conference statement on or before **June 20, 2008.**  If the case does not settle through mediation by that date, the parties shall meet and confer and in a good faith effort develop a discovery plan to move this case forward.   The joint case management conference statement shall include the parties' proposed dates for the close of all discovery.

This order terminates Docket Items 49, 50 and 51.

Dated: May 14, 2008

_____
United States District Judge

STIPULATION AND [PROPOSED] ORDER                                                                                                   3