1 | Ronald Wilcox, Esq., 176601
2 | 2160 The Alameda, First Floor, Suite F
    | San Jose, CA 95126
3 | Tel: (408) 296-0400
    | Fax: (408) 296-0486
4 | ronaldwilcox@post.harvard.edu

5 | **ATTORNEY FOR PLAINTIFF**

6 | UNITED STATES DISTRICT COURT
    | NORTHERN DISTRICT OF CALIFORNIA
7 | SAN JOSE DIVISION

| HELEN BUNCH and BRAD BUNCH, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 07-03731 JW |
| v. | ) | |
| DIVERSE FUNDING ASSOCIATES, et al. | ) | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| Defendants. | ) | Date: June 30, 2008 Time: 10:00 a.m. |

The parties have reached a settlement and are in the process of executing the settlement agreement. We anticipate filing a dismissal within 10-days.

Dated: 6/20/08     /s/Ronald Wilcox
                   Counsel for Plaintiff

Dated: 6/20/08     [signature]
                   Counsel for Defendants

1