1

**Joseph Mauro (admitted pro hac vice)**

2  The Law Offices of Joseph Mauro, LLC
   631 Montauk Highway, Suite 6
3  West Islip NY 11795
4  joemauroesq@hotmail.com
   Tel: (631) 669-0921
5  Fax: (631) 669-5071

6  **Ronald Wilcox, Esq., 176601**
   2160 The Alameda, First Floor, Suite F
7  San Jose, CA 95126
   Tel: (408) 296-0400
8  Fax: (408) 296-0486
9  ronaldwilcox@post.harvard.edu

10 **ATTORNEY FOR PLAINTIFF**

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN JOSE DIVISION**

13

14 HELEN BUNCH and BRAD BUNCH,       )
                                     )
15         Plaintiff,                )
                                     )  Civil Action No. 07-03731 JW RS
16         v.                        )
                                     )
17 DIVERSE FUNDING ASSOCIATES,       )  **STIPULATION OF DISMISSAL**
              et al.                 )
18                                   )
           Defendants.               )
19                                   )

20

21     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this

22 action, that the Complaint in the above-captioned action shall be and is hereby dismissed with

23 prejudice, with each party to bears its own respective attorney's fees, costs and disbursements.

24

25

STIPULATION OF DISMISSAL                                                                    1

1  Date: 7/2/08

2  /s/Ronald Wilcox

3  _____
   Ronald Wilcox, Counsel for Plaintiffs

4

5  Date: 7/2/08

6  /s/Cindy Salvo

7  _____
   Cindy Salvo, Counsel for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL                                                                 2