1

2

**Joseph Mauro (admitted pro hac vice)**

The Law Offices of Joseph Mauro, LLC
631 Montauk Highway, Suite 6
3
West Islip NY 11795
joemauroesq@hotmail.com
4
Tel: (631) 669-0921
Fax: (631) 669-5071
5

6

**Ronald Wilcox, Esq., 176601**

2160 The Alameda, First Floor, Suite F
7
San Jose, CA 95126
Tel: (408) 296-0400
8
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu
9

10  **ATTORNEY FOR PLAINTIFF**

11
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
12  **SAN JOSE DIVISION**

13

14  _____
HELEN BUNCH and BRAD BUNCH,            )
                                       )
15           Plaintiff,                )
                                       )  Civil Action No. 07-03731 JW RS
16           v.                        )
                                       )
17  DIVERSE FUNDING ASSOCIATES,        )        **STIPULATION OF DISMISSAL**
                       et al .         )
18                                     )
             Defendants**.**           )
19  _____)

20

21       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this

22  action, that the Complaint in the above-captioned action shall be and is hereby dismissed with

23  prejudice, with each party to bears its own respective attorney's fees, costs and disbursements.

24

25

STIPULATION OF DISMISSAL                                                              1

1  Date: 7/2/08

2  /s/Ronald Wilcox

3  _____
   Ronald Wilcox, Counsel for Plaintiffs

4

5  Date: 7/2/08

6  /s/Cindy Salvo

7  _____
   Cindy Salvo, Counsel for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL                                                    2