**IT IS SO ORDERED**
*James Ware*
Judge James Ware

**Joseph Mauro (admitted pro hac vice)**
The Law Offices of Joseph Mauro, LLC
631 Montauk Highway, Suite 6
West Islip NY 11795
joemauroesq@hotmail.com
Tel: (631) 669-0921
Fax: (631) 669-5071

**Ronald Wilcox, Esq., 176601**
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HELEN BUNCH and BRAD BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSE FUNDING ASSOCIATES, ) <br> et al . ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-03731 JW RS <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, that the Complaint in the above-captioned action shall be and is hereby dismissed with prejudice, with each party to bears its own respective attorney's fees, costs and disbursements.

STIPULATION OF DISMISSAL                                                                 1

1  Date: 7/2/08

2  /s/Ronald Wilcox

3  _____
   Ronald Wilcox, Counsel for Plaintiffs

4

5  Date: 7/2/08

6  /s/Cindy Salvo

7  _____
   Cindy Salvo, Counsel for Defendants

8

9

10    \*\*\* **ORDER** \*\*\*

11        The Clerk shall close this file.

12    Dated:  July 3, 2008        _____

13                                JAMES WARE
                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25